AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA and
STATE OF VERMONT                           )
        Plaintiff(s)                     )  **APPEARANCE**
                                         )
                                         )
        vs.                              )  CASE NUMBER   1:08-CV-00993
VERIZON COMMUNICATIONS INC. and            )
RURAL CELLULAR CORPORATION                 )
        Defendant(s)                     )

To the Clerk of this court and all parties of record:

Please enter the appearance of __David E. Wheeler__ as counsel in this
                                     (Attorney's Name)

case for: __Verizon Communications Inc.__
                   (Name of party or parties)

__June 12, 2008__         _/s/ David E. Wheeler_
Date                                   Signature

                                 David E. Wheeler
D.C. Bar No. 473404             Print Name
BAR IDENTIFICATION
                                 1515 North Courthouse Road, Ste 500
                                 Address

                                 Arlington, VA 22201
                                 City         State         Zip Code

                                 (703) 351-3155
                                 Phone Number