CO-386-online
10/03

# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA )
AND )
STATE OF VERMONT )
)
)
              Plaintiff )   Civil Action No. 1:08-CV-00993 (EGS)
vs )
)
VERIZON COMMUNICATIONS INC. )
AND )
RURAL CELLULAR CORPORATION )
)
              Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Verizon Communications Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Verizon Communications Inc.__ which have any outstanding securities in the hands of the public:

Verizon Communications Inc., Verizon Delaware LLC, Verizon Maryland Inc., Verizon New Jersey Inc., Verizon Pennsylvania Inc., Verizon Virginia Inc., Verizon West Virginia Inc., Verizon New York Inc., Verizon New England Inc., Verizon California Inc., Verizon Florida LLC, Verizon North Inc., Verizon Northwest Inc., NYNEX Corporation, GTE Corporation, GTE Southwest Incorporated (dba Verizon Southwest)

These representations are made in order that judges of this court may determine the need for recusal.

_[signature]_
Attorney of Record
Signature

John Thorne
Print Name

D.C. Bar No. 421351
BAR IDENTIFICATION NO.

1515 N. Courthouse Road
Address

Arlington     VA     22201
City     State     Zip Code

(703) 351-3900
Phone Number