AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA and
STATE OF VERMONT            )
      Plaintiff(s)    )    **APPEARANCE**
                       )
                       )
      vs.        )    CASE NUMBER   1:08-CV-00993
VERIZON COMMUNICATIONS INC. and )
RURAL CELLULAR CORPORATION  )
      Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of ___John Thorne___ as counsel in this
                              (Attorney's Name)

case for: ___Verizon Communications Inc.___
                (Name of party or parties)

___June 12, 2008___
Date

_____
Signature

D.C. Bar No. 421351
BAR IDENTIFICATION

John Thorne
Print Name

1515 North Courthouse Road, Ste 500
Address

Arlington, VA 22201
City          State          Zip Code

(703) 351-3900
Phone Number