IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Department of Justice, Antitrust Division<br>1401 H Street, N.W., Suite 8000<br>Washington, D.C.  20530,<br><br>and<br><br>STATE OF VERMONT<br>Office of the Vermont Attorney General<br>109 State Street<br>Montpelier, VT  05609,<br><br>        Plaintiffs,<br>  v.<br><br>VERIZON COMMUNICATIONS INC.<br>1515 N. Courthouse Road<br>Suite 500<br>Arlington, VA  22201<br><br>and<br><br>RURAL CELLULAR CORPORATION<br>3905 Dakota Street<br>Alexandria, Minnesota  56308,<br><br>        Defendants. | **APPEARANCE**<br><br>Case No.:  1:08-cv-00993<br><br>Judge:  Emmet G. Sullivan<br><br>Deck Type:  Antitrust<br><br>Date Stamp:  6/10/2008 |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Michael L. Weiner and Brian C. Mohr as counsel in this case for defendant Rural Cellular Corporation.

DATED: June 12, 2008.            /s/ Brian C. Mohr
                                                    Michael L. Weiner
                                                    Brian C. Mohr (D.C. Bar No. 385983)
                                                    Skadden, Arps, Slate, Meagher & Flom LLP
                                                    Four Times Square
                                                    New York, New York  10036
                                                    Tel:  (212) 735-3000