**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Department of Justice, Antitrust Division<br>1401 H Street, N.W., Suite 8000<br>Washington, D.C.  20530,<br><br>and<br><br>STATE OF VERMONT<br>Office of the Vermont Attorney General<br>109 State Street<br>Montpelier, VT  05609,<br><br>        Plaintiffs,<br>    v.<br><br>VERIZON COMMUNICATIONS INC.<br>1515 N. Courthouse Road<br>Suite 500<br>Arlington, VA  22201<br><br>and<br><br>RURAL CELLULAR CORPORATION<br>3905 Dakota Street<br>Alexandria, Minnesota  56308,<br><br>        Defendants. | Case No.: 1:08-cv-00993<br><br>Judge:  Emmet G. Sullivan<br><br>Deck Type:  Antitrust<br><br>Date Stamp:  6/10/2008 |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned counsel of record for Rural Cellular Corporation ("RCC"), certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of RCC that have any outstanding securities in the hands of the public other than GenTek, Inc. and USA Mobility, Inc., of which RCC currently holds nominal shares.  These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for Rural Cellular Corporation

DATED: June 12, 2008.        By:    /s/ Brian C. Mohr
                                    Michael L. Weiner
                                    Brian C. Mohr (D.C. Bar No. 385983)
                                    Skadden, Arps, Slate, Meagher & Flom LLP
                                    Four Times Square
                                    New York, New York  10036
                                    Tel:  (212) 735-3000