IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> and <br><br> STATE OF VERMONT, <br><br> Plaintiffs, <br> v. <br><br> VERIZON COMMUNICATIONS INC. <br><br> and <br><br> RURAL CELLULAR CORPORATION, <br><br> Defendants. | Case No.: 1:08-cv-00993 <br><br> Judge: Emmet G. Sullivan <br><br> Deck Type: Antitrust <br><br> Date Stamp: 6/10/2008 |

**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

  Pursuant to Local Civil Rule 83.2(d), the undersigned hereby moves for the Admission Pro Hac Vice of Attorney Michael L. Weiner for purposes of this case. Please see the attached statement of Michael L. Weiner in compliance with the Local Civil Rule 83.2(d).

Date: June 12, 2008        Respectfully Submitted,

                 /s/ Brian C. Mohr
                 Brian C. Mohr
                 D.C. Bar No. 385983
                 Skadden, Arps, Slate, Meagher & Flom LLP
                 Four Times Square
                 New York, New York  10036
                 Telephone:  (202) 371-7774
                 Facsimile:   (202) 661-9067

                 *Attorney for Defendant Rural Cellular Corporation*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> and <br><br> STATE OF VERMONT, <br><br> Plaintiffs, <br> v. <br><br> VERIZON COMMUNICATIONS INC. <br><br> and <br><br> RURAL CELLULAR CORPORATION, <br><br> Defendants. | Case No.: 1:08-cv-00993 <br><br> Judge: Emmet G. Sullivan <br><br> Deck Type: Antitrust <br><br> Date Stamp: 6/10/2008 |

## STATEMENT OF MICHAEL L. WEINER IN SUPPORT
## OF MOTION FOR PRO HAC VICE APPEARANCE

1. My full name is Michael Lewis Weiner.

2. My office address is: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036. My telephone number is (212) 735-2632.

3. I am admitted to practice before the courts of the State of New York.

4. I certify that I have not been disciplined by any bar.

5. Within the last two years, I have not been admitted pro hac vice to the United States District Court for the District of Columbia.

6. I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia Bar and do not have an application for membership pending.

Date: June 12, 2008                                              Respectfully Submitted,

                                                                 /s/ Michael L. Weiner_____
                                                                 Michael L. Weiner
                                                                 Skadden, Arps, Slate, Meagher & Flom LLP
                                                                 Four Times Square
                                                                 New York, New York 10036
                                                                 Telephone: (212) 735-2632
                                                                 Facsimile: (917) 777-2632

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> and <br><br> STATE OF VERMONT, <br><br>　　　　　Plaintiffs, <br> v. <br><br> VERIZON COMMUNICATIONS INC. <br><br> and <br><br> RURAL CELLULAR CORPORATION, <br><br>　　　　　Defendants. | Case No.: 1:08-cv-00993 <br><br> Judge: Emmet G. Sullivan <br><br> Deck Type: Antitrust <br><br> Date Stamp: 6/10/2008 |

**PROPOSED ORDER**

Pursuant to Local Civil Rule 83.2(d), the consent motion for Admission *Pro Hac Vice* of Michael L. Weiner is hereby GRANTED.

Dated this ____ day of _____, 2008.

　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1