# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Department of Justice, Antitrust Division<br>1401 H Street, N.W., Suite 8000<br>Washington, D.C. 20530,<br><br>and<br><br>STATE OF VERMONT<br>Office of the Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609,<br><br>                    Plaintiffs,<br>          v.<br><br>VERIZON COMMUNICATIONS INC.<br>1515 N. Courthouse Road<br>Suite 500<br>Arlington, VA 22201<br><br>and<br><br>RURAL CELLULAR CORPORATION<br>3905 Dakota Street<br>Alexandria, Minnesota 56308,<br><br>                    Defendants. | **CERTIFICATE OF SERVICE**<br><br>Case No.: 1:08-cv-00993<br><br>Judge: Emmet G. Sullivan<br><br>Deck Type: Antitrust<br><br>Date Stamp: 6/10/2008 |

This is to certify that copies of the foregoing RURAL CELLULAR CORPORATION'S CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, MOTION FOR LEAVE TO APPEAR PRO HAC VICE, STATEMENT OF MICHAEL L. WEINER IN SUPPORT OF MOTION FOR PRO HAC VICE APPEARANCE, PROPOSED ORDER, and APPEARANCE OF RURAL CELLULAR CORPORATION'S COUNSEL OF RECORD have been served upon the following counsel of record as indicated below, and addressed to them as shown below, this 12th day of June, 2008.

2

<u>VIA HAND DELIVERY</u>

Counsel for Plaintiff United States of America

Nancy M. Goodman
Hillary B. Burchuk
UNITED STATES OF AMERICA
Department of Justice, Antitrust Division
1401 H Street, N.W., Suite 8000
Washington, D.C.  20530

<u>VIA FIRST CLASS MAIL</u>

Counsel for Plaintiff State of Vermont

William H. Sorrell
Julie Brill
Jennifer Giaimo
Office of the Vermont Attorney General
109 State Street
Montpelier, Vermont  05609-1001

Counsel for Defendant Verizon Communications Inc.

John Thorne
David E. Wheeler
Verizon Communications Inc.
1515 N. Courthouse Road
Suite 500
Arlington, Virginia  22201-2909

                                                /s/ Brian C. Mohr