**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF VERMONT, ) ) ) | |
| Plaintiffs, ) ) | Case No.:  1:08-cv-00993 |
| vs. ) ) | Judge:  Emmet G. Sullivan |
| ) ) | Filed:  June 16, 2008 |
| VERIZON COMMUNICATIONS INC. and RURAL CELLULAR CORPORATION ) ) ) | |
| Defendants ) | |

**CERTIFICATION OF DEFENDANTS PURSUANT TO 15 U.S.C. §16(g)**

Pursuant to 15 U.S.C. § 16(g), defendants Verizon Communications Inc. ("Verizon") and Rural Cellular Corporation ("RCC") state that no written or oral communications occurred by or on behalf of either defendant with an officer or employee of the United States concerning or relevant to the proposed consent judgment, other than communications made by counsel of record alone with employees of the Department of Justice, except for the following:

- a meeting on May 6, 2008 between employees of the Department of Justice, Verizon counsel of record, RCC counsel of record, William Stone, Executive Director-Technology, Verizon and Steven Zipperstein, Vice President, Legal/External Affairs and General Counsel, Verizon Wireless.

- A telephone conversation on May 8, 2008 between Aaron Cooper, a member of Senator Leahy's staff and Howard Woolley, Senior Vice President, Public Affairs, Policy and Communications, Verizon.

- A telephone conversation on May 8, 2008 between Jeff Weaver, a member of Senator Sanders' staff and Howard Woolley, Senior Vice President, Public Affairs, Policy and Communications, Verizon.

- Meetings on May 9, 2008 between employees of the Federal Communications Commission ("FCC") and Richard Ekstrand, President and Chief Executive Officer, RCC, Ann Newhall, Executive Vice President and Chief Operating Officer, RCC, Elizabeth Kohler, Vice President, Legal Services, RCC, and Warren Lavey, counsel for RCC.

- A telephone conversation on May 12, 2008 between Aaron Cooper, a member of Senator Leahy's staff, Verizon counsel of record and Howard Woolley, Senior Vice President, Public Affairs, Policy and Communications, Verizon.

- A telephone conversation on May 16, 2008 between Aaron Cooper, a member of Senator Leahy's staff and Howard Woolley, Senior Vice President, Public Affairs, Policy and Communications, Verizon.

- A telephone conversation on May 16, 2008 between Jeff Weaver, a member of Senator Sanders' staff and Howard Woolley, Senior Vice President, Public Affairs, Policy and Communications, Verizon.

- An e-mail conversation on June 3, 2008 between Aaron Cooper, a member of Senator Leahy's staff and Howard Woolley, Senior Vice President, Public Affairs, Policy and Communications, Verizon.

- A telephone conversation on June 5, 2008 between Aaron Cooper, a member of Senator Leahy's staff and Howard Woolley, Senior Vice President, Public Affairs, Policy and Communications, Verizon.

- A telephone conversation on June 9, 2008 between Aaron Cooper, a member of Senator Leahy's staff and Howard Woolley, Senior Vice President, Public Affairs, Policy and Communications, Verizon.

- A telephone conversation on June 10, 2008 between Aaron Cooper, a member of Senator Leahy's staff and Howard Woolley, Senior Vice President, Public Affairs, Policy and Communications, Verizon.

- A telephone conversation on June 10, 2008 between Jeff Weaver, a member of Senator Sanders' staff and Howard Woolley, Senior Vice President, Public Affairs, Policy and Communications, Verizon.

- A letter was sent on June 11, 2008 from Nancy Victory, Partner, Wiley Rein LLP to employees of the FCC.

Defendants certify that, with this submission, they have complied with the requirements of 15 U.S.C. §16(g), and that this submission is a true and complete description of communications known to defendants or that defendants reasonably should have known that are required to be reported pursuant to that provision.

June 16, 2008

                        Respectfully submitted,

/s/ David E. Wheeler
John Thorne (D.C. Bar No, 421351)
Senior Vice President and Deputy Counsel
David E. Wheeler (D.C. Bar No. 473404)
Vice President and Associate General Counsel

Attorneys for Defendant Verizon
Communications Inc.

Verizon Communications Inc.
1515 N. Courthouse Rd.
Suite 500
Arlington, VA 222201-2909


/s/ Brian C. Mohr
Michael Weiner
Brian C. Mohr (D.C. Bar No. 385983)

Attorneys for Defendant Rural Cellular
Corporation

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522