AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America and
State of Vermont                         )
            Plaintiff(s)        )  **APPEARANCE**
                                 )
                                 )
            vs.                  )  CASE NUMBER   1:08-cv-00993
Verizon Communications Inc. and          )
Rural Cellular Corporation               )
            Defendant(s)        )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Kristan K. McMahon  as counsel in this
                                        (Attorney's Name)

case for:  Verizon Communications Inc.
               (Name of party or parties)

16 June 2008                             /s/ Kristan K. McMahon
Date                                     Signature

                                         Kristan K. McMahon
974384                                   Print Name
BAR IDENTIFICATION
                                         1515 N. Courthouse Rd., Suite 500
                                         Address

                                         Arlington, VA 22201
                                         City      State      Zip Code

                                         (703) 351-3027
                                         Phone Number