# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Department of Justice, Antitrust Division<br>1401 H Street, N.W., Suite 8000<br>Washington, D.C. 20530,<br><br>and<br><br>STATE OF VERMONT<br>Office of the Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609,<br><br>    Plaintiffs,<br>  v.<br><br>VERIZON COMMUNICATIONS INC.<br>1515 N. Courthouse Road<br>Suite 500<br>Arlington, VA 22201<br><br>and<br><br>RURAL CELLULAR CORPORATION<br>3905 Dakota Street<br>Alexandria, Minnesota 56308,<br><br>    Defendants. | Case No.: 1:08-cv-00993<br><br>Judge: Emmet G. Sullivan<br><br>Deck Type: Antitrust<br><br>Date Stamp: 6/10/2008 |

**RCC'S SCHEDULE OF THIRD PARTY LICENSES AS REQUIRED BY
SECTION I(C)(b) OF THE PRESERVATION OF ASSETS STIPULATION
AND ORDER AND SECTION II(C)(b) OF THE PROPOSED FINAL JUDGMENT**

  As required by Section I(C)(b) of the Preservation of Assets Stipulation and Order and Section II(C)(b) of the Proposed Final Judgment, Rural Cellular Corporation ("RCC") and Verizon Communications Inc. ("VZ") hereby submit the enclosed schedule containing a list of those RCC third party licenses of intellectual property rights that are used by the mobile wireless telecommunications services businesses being divested and that could not be transferred entirely or by license without third-party consent.

  Information is provided to the extent it is in RCC's and VZ's possession, custody or control or can reasonably be derived from documents maintained in the ordinary course of RCC's

and/or and VZ's businesses.  To the extent that the requested information is incomplete for certain agreements, RCC and VZ do not maintain the requested information in the ordinary course of their businesses.  RCC and VZ reserve the right to supplement, clarify or correct these responses if RCC and/or VZ become aware of material or information inadvertently not included therein.

DATED:  June 18, 2008.            By:         /s/ Brian C. Mohr
                                              Michael L. Weiner (Pro Hac Vice)
                                              Brian C. Mohr (D.C. Bar No. 385983)
                                              Skadden, Arps, Slate, Meagher & Flom LLP
                                              Four Times Square
                                              New York, New York  10036
                                              Tel:  (212) 735-3000

                                              Attorneys for Defendant Rural Cellular Corporation


                                                   /s/ John Thorne
                                              John Thorne (D.C. Bar No, 421351)
                                              Senior Vice President and Deputy Counsel
                                              David E. Wheeler (D.C. Bar No. 473404)
                                              Vice President and Associate General Counsel

                                              Verizon Communications Inc.
                                              1515 N. Courthouse Rd.
                                              Suite 500
                                              Arlington, Virginia  222201-2909

                                              Attorneys for Defendant Verizon Communications Inc.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Department of Justice, Antitrust Division<br>1401 H Street, N.W., Suite 8000<br>Washington, D.C. 20530,<br><br>and<br><br>STATE OF VERMONT<br>Office of the Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609,<br><br>    Plaintiffs,<br>v.<br><br>VERIZON COMMUNICATIONS INC.<br>1515 N. Courthouse Road<br>Suite 500<br>Arlington, VA 22201<br><br>and<br><br>RURAL CELLULAR CORPORATION<br>3905 Dakota Street<br>Alexandria, Minnesota 56308,<br><br>    Defendants. | **CERTIFICATE OF SERVICE**<br><br>Case No.: 1:08-cv-00993<br><br>Judge: Emmet G. Sullivan<br><br>Deck Type: Antitrust<br><br>Date Stamp: 6/10/2008 |

This is to certify that copies of the foregoing SCHEDULE OF THIRD PARTY LICENSES AS REQUIRED BY SECTION I(C)(b) OF THE PRESERVATION OF ASSETS STIPULATION AND ORDER AND SECTION II(C)(b) OF THE PROPOSED FINAL JUDGMENT have been served upon the following counsel of record as indicated below, and addressed to them as shown below, this 18th day of June, 2008.

2

<u>VIA HAND DELIVERY</u>

Counsel for Plaintiff United States of America

Nancy M. Goodman
Hillary B. Burchuk
UNITED STATES OF AMERICA
Department of Justice, Antitrust Division
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530

<u>VIA FIRST CLASS MAIL</u>

Counsel for Plaintiff State of Vermont

William H. Sorrell
Julie Brill
Jennifer Giaimo
Office of the Vermont Attorney General
109 State Street
Montpelier, Vermont 05609-1001

Counsel for Defendant Verizon Communications Inc.

John Thorne
David E. Wheeler
Verizon Communications Inc.
1515 N. Courthouse Road
Suite 500
Arlington, Virginia 22201-2909

/s/ Brian C. Mohr

RCC 3P IP License Schedule
Submitted in Response to Section I(C)(b) of the Preservation of Assets Stipulation and Order and Section II(C)(b) of the Proposed Final Judgment
HIGHLY CONFIDENTIAL

| THIRD PARTY LICENSORS | Reasons Why Consent is Necessary | Method for Obtaining Consent |
|---|---|---|
| ACHIEVEGLOBAL - MASTER AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| ACS APPLICATION MANAGEMENT SERVICES, INC. MASTER SERVICES AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| ADELPHIA BUSINESS SOLUTIONS (TELCOVE) SERVICES AGREEMENT | | |
| ADOBE SOFTWARE LICENSES (ACROBAT PROFESSIONAL, ACROBAT STANDARD, DREAMWEAVER, WEB PREMIUM CS3, CONTRIBUTE 3.0/4.0) | No consent required but must transfer the Agreement, the software and all copies along with software use rights to a single third party and that party must agree to all the terms and conditions of the Agreement. Adobe may require written confirmation of the transfer and compliance with the Agreement. Allow 4-6 weeks for transfer. | Written confirmation of the transfer and compliance with the Agreement. Allow 4-6 weeks for transfer. |
| ADP, INC. MASTER SERVICES AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| AGILENT TECHNOLOGIES- MULTIPLE LOCATION SERVER SYSTEM AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| AGILERA, INC. ASSIGNMENT AND ASSUMPTION OF LICENSE AGREEMENT | N/A | N/A |
| AGILERA, INC. MASTER SERVICES AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| AIRWIDE SOLUTIONS MASTER FRAMEWORK AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| ALCATEL USA MARKETING, INC. NETWORK SERVICES AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| ALTIRIS END USER LICENSE AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| ASURION/LOCK/LINE INSURANCE PROGRAM AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| BRIGHTMAIL INC. (BMI) MASTER LICENSE AND SERVICES SERVICE PROVIDER AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| BUSINESS SOFTWARE INC. SUPPORT AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| CASABYTE INC. MASTER SUPPLY AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| CELLEMETRY- BELLSOUTH WIRELESS, INC. AGREEMENT AND AMENDMENTS | Required by Contract | Prior Written Consent of Licensor |
| CIBERNET CORP. CIBER RECORD LICENSE AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| CLARITAS INC. AMENDED AND RESTATED MASTER LICENSE AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| COMMUNICATIONS DATA SERVICES, INC. (CDS) ITEM PROCESSING AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| COMMUNICATIONS SOFTWARE CONSULTANTS, INC. (COMMSOFT) LICENSE AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| COMMUNICATIONS SOFTWARE CONSULTANTS, INC. (COMMSOFT) PRODUCT SUPPORT AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| COMOPT AB PRODUCT LICENSE AND SUPPORT AGREEMENT (DRAFT) | Required by Contract | Prior Written Consent of Licensor |
| CRYSTAL REPORTS 10.0 DEVELOPER AND ADVANCED DEVELOPER LICENSE AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| DATANET LLC LICENSE AND SERVICES AGREEMENT AND EXHIBITS | Required by Contract | Prior Written Consent of Licensor |
| DATANET LLC FIRST AMENDMENT TO LICENSE AND SERVICES AGREEMENT | N/A | N/A |
| ERICSSON - MASTER HOSTED SERVICES AGREEMENT (with SCHEDULES) | Required by Contract | Prior Written Consent of Licensor |
| ERICSSON AMENDED AND RESTATED MASTER PURCHASE AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| EXCELL (OPERATOR SERVICE COMPANY LLC) DIRECTORY ASSISTANCE SERVICE AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| EXPERIAN CUSTOM MODEL LICENSE SCHEDULE | N/A | N/A |
| EXPERIAN ADDENDUM 1 TO CUSTOM MODEL LICENSE SCHEDULE | N/A | N/A |
| EXPERIAN- CHEETAHMAIL E-MARKETING SERVICES SCHEDULE | Required by Contract | Prior Written Consent of Licensor |
| EXPERIAN CONNECT CHECK SUPPLEMENT TO CUSTOMER SERVICES SCHEDULE | N/A | N/A |
| EXPERIAN STANDARD TERMS AND CONDITIONS | Required by Contract | Prior Written Consent of Licensor |
| FAIR ISAAC CORP MASTER LICENSE AND SERVICES AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| FAIR ISAAC CORP AMENDMENT 1 TO FRAUDTEC LICENSE AND MAINTENANCE SERVICES AGREEMENT | N/A | N/A |
| FAIR ISAAC CORP AMENDMENT 1 TO ROAMEX LICENSE AND MAINTENANCE SERVICES AGREEMENT | Parties will negotiate new license fees if RCC acquires, merges with or is acquired by another party. | Parties will negotiate new license fees if RCC acquires, merges with or is acquired by another party. |
| FAIR ISAAC CORP. FRAUDTEC ORDER FORM | N/A | N/A |
| FRONTRANGE SOLUTIONS USA INC. END-USER LICENSE AGREEMENT (GOLDMINE) | All assignments prohibited | All assignments prohibited |
| FUJITSU NETWORK COMMUNICATIONS, INC. GENERAL TERMS AND CONDITIONS OF SALE | Required by Contract | Prior Written Consent of Licensor |
| FUJITSU NETWORK COMMUNICATIONS, INC. GENERAL TERMS AND CONDITIONS OF SALE OR LICENSE | Required by Contract | Prior Written Consent of Licensor |

RCC 3P IP License Schedule
Submitted in Response to Section I(C)(b) of the Preservation of Assets Stipulation and Order and Section II(C)(b) of the Proposed Final Judgment
HIGHLY CONFIDENTIAL

| Agreement | Assignment | Consent |
|---|---|---|
| FUJITSU NETWORK COMMUNICATIONS, INC. GENTS SUPPLEMENTARY TERMS AND CONDITIONS | N/A | N/A |
| FUJITSU NETWORK COMMUNICATIONS, INC. SUPPLY AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| GEMPLUS OPERATED SERVICES AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| GEMPLUS AMENDMENT 1 TO OPERATED SERVICES OTA AGREEMENT AND CONTENT PROVISIONING AGREEMENT | N/A | N/A |
| GEMPLUS AMENDMENT 2 TO OPERATED SERVICES OTA AGREEMENT | N/A | N/A |
| GEMPLUS OPERATED SERVICES OTA AGREEMENT AND CONTENT PROVISIONING AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| GEMPLUS SUPPLY AGREEMENT | N/A | N/A |
| GEMPLUS FIRST AMENDMENT TO SUPPLY AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| GEMPLUS AMENDMENT 2 TO SUPPLY AGREEMENT | N/A | N/A |
| GEMPLUS HOSTED DMP SERVICES AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| GETLISA INFORMATION SERVICES INC. CONTENT SERVICE AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| GIGIMON SYSTEMS LLC HARDWARE AND SOFTWARE MAINTENANCE AGREEMENT | N/A | N/A |
| GLENAYRE ELECTRONICS INC. PURCHASE AND LICENSE AGREEMENT (DRAFT) | Required by Contract | Prior Written Consent of Licensor |
| GLENAYRE ELECTRONICS INC. SOFTWARE LICENSE | Required by Contract | Prior Written Consent of Licensor |
| GLENAYRE/MOVIUS INTERACTIVE CORP. MAINTENANCE SERVICES AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| HARRIS (DUN & BRADSTREET) MASTER AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| HARRIS CORPORATION MICROWAVE COMMUNICATIONS DIVISION- TERMS AND CONDITIONS OF SALE | Required by Contract | Prior Written Consent of Licensor |
| HEWLETT PACKARD BUSINESS TERMS (HLR AGREEMENT) | Required by Contract | Prior Written Consent of Licensor |
| HEWLETT PACKARD NONSTOP PRODUCT AND SUPPORT TERMS | N/A | N/A |
| HEWLETT PACKARD STATEMENT OF WORK | N/A | N/A |
| HEWLETT PACKARD TIME AND MATERIALS AGREEMENT- STATEMENT OF WORK | Required by Contract | Prior Written Consent of Licensor |
| IBM SCHEDULE OF SERVICES AND STATEMENT OF WORK | N/A | N/A |
| ILLUMINET, INC. (VERISIGN) NET DISCOVERY STANDARD TERMS AND CONDITIONS | Required by Contract | Prior Written Consent of Licensor |
| ILLUMINET, INC. (VERISIGN) AMENDMENT 1 TO STANDARD TERMS AND CONDITIONS | N/A | N/A |
| ILLUMINET, INC. (VERISIGN) NET DISCOVERY SERVICE AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| INTEGRATION MANAGEMENT, INC. SOFTWARE LICENSE AND SERVICES AGREEMENT | All assignments prohibited | All assignments prohibited |
| INTEGRATION MANAGEMENT, INC. AMENDMENT TO SOFTWARE LICENSE AND SERVICES AGREEMENT | N/A | N/A |
| INTERACTIVE INTELLIGENCE INC. (I3) SERVICE PROVIDER SOFTWARE LICENSE AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| INTEROP TECHNOLOGIES LLC MASTER PURCHASE AGREEMENT | Written notice, but no consent required for assignment to assignee with FCC approval for assignment or transfer of control of the communications authorization currently held by RCC. Prior written consent for all other assignments. | Written Notice or Prior Written Consent (depending on assignee) |
| INTEROP TECHNOLOGIES LLC CUSTOMER AGREEMENT AND EXHIBITS | Written notice, but no consent required for assignment to assignee with FCC approval for assignment or transfer of control of the communications authorization currently held by RCC. Prior written consent for all other assignments. | Written Notice or Prior Written Consent (depending on assignee) |
| INTEROP TECHNOLOGIES LLC ADDENDUM 1 TO CUSTOMER AGREEMENT | N/A | N/A |
| INTEROP TECHNOLOGIES LLC ADDENDUM 2 TO CUSTOMER AGREEMENT | N/A | N/A |
| INTEROP TECHNOLOGIES LLC ADDENDUM 3 TO CUSTOMER AGREEMENT | N/A | N/A |

RCC 3P IP License Schedule
Submitted in Response to Section I(C)(b) of the Preservation of Assets Stipulation and Order and Section II(C)(b) of the Proposed Final Judgment
HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| INTEROP TECHNOLOGIES LLC WAP GATEWAY MAINTENANCE AGREEMENT | Written notice, but no consent required for assignment to assignee with FCC approval for assignment or transfer of control of the communications authorization currently held by RCC. Prior written consent for all other assignments. | Written Notice or Prior Written Consent (depending on assignee) |
| LAWSON SOFTWARE PRODUCT LICENSE AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| LEWIS COMMUNICATIONS AGENT CO-OP TLC SYSTEM SERVICES AGREEMENT | Required by Contract | Written Consent of Licensor |
| LUCENT TECHNOLOGIES INC. GENERAL AGREEMENT FOR PURCHASE OF CELLULAR SYSTEMS AND ATTACHMENTS | Required by Contract | Prior Written Consent of Licensor |
| MAPINFO PRODUCT ORDER FORM AND LICENSE AGREEMENT | N/A | N/A |
| MAPINFO SPECIAL CONDITIONS RIDER TO PRODUCT ORDER FORM AND LICENSE AGREEMENT | N/A | N/A |
| MAPQUEST.COM, INC. INTERCONNECT AGREEMENT AND AMENDMENTS | Mapquest can terminate Agreement at any point upon Change in Control of RCC- acqusition by third party such that third party obtains 50% or more of voting securities or contractual power to designate more than 50% of Board of Directors. | N/A |
| MCAFEE, INC. | RCC cannot locate this written license agreeement. However, RCC reasonably believes that said agreement includes the grant of a license to use software or other intellectual property of the licensor, the assignment or sublicense of which cannot be accomplished without the licensor's consent. | RCC cannot locate this written license agreement. However, RCC reasonably believes that said agreement includes the grant of a license to use software or other intellectual property of the licensor, the assignment or sublicense of which cannot be accomplished without the licensor's consent. |
| METCALF GLOBAL MESSAGING SERVICES AGREEMENT TO THE VERISIGN STANDARD TERMS AND CONDITIONS | Required by Contract | Prior Written Consent of Licensor |
| MFORMATION TECHNOLOGIES, INC. SOFTWARE LICENSE AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| MHC SOFTWARE, INC. SOFTWARE LICENSE AGREEMENT | N/A | N/A |
| MICROSOFT ENTERPRISE AGREEMENT | May transfer to unaffiliated third party in connection with divestiture of operating division or afffiliate, merger or consolidation by submitting transfer notice form (provided by Microsoft) prior to the transaction. Prior written consent for all other assignments. | Submission of notice form or Prior Written Consent of Licensor |
| MICROSOFT SELECT AGREEMENT | May transfer to unaffiliated third party in connection with divestiture of operating division or afffiliate, merger or consolidation by submitting transfer notice form (provided by Microsoft) prior to the transaction. Prior written consent for all other assignments. | Submission of notice form or Prior Written Consent of Licensor (depending on assignee) |
| MICROSOFT VOLUME LICENSING AGREEMENT | Notice required by contract | Prior Written and Signed Notice to Licensor |
| MICROSOFT PRODUCT USE RIGHTS- WINDOWS 2003 SERVER, VISIO PRO, PROJECT WIN32, MSDN UNIVERSAL, OFFICE SHAREPOINT, PRO DESKTOP, SQL SERVER, WINDOWS SERVER, EXCHANGE SERVER, WINDOWS TERMINAL SERVER | N/A | N/A |
| MONEYGRAM PAYMENT SYSTEMS, INC. EXPRESSPAYMENT SERVICES AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| MUZAK LLC MULTI-TERRITORY ACCOUNT SERVICE AGREEMENT AND EXHIBITS | Required by Contract | Prior Written Consent of Licensor |
| NCI DATACOM MASTER SERVICES AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| NEC AMERICA, INC. (NECAM) GENERAL TERMS AND CONDITIONS OF SALE | Software transfer permitted with transfer of hardware- requirements for transfer not known. | Software transfer permitted with transfer of hardware- requirements for transfer not known. |

RCC 3P IP License Schedule
Submitted in Response to Section I(C)(b) of the Preservation of Assets Stipulation and Order and Section II(C)(b) of the Proposed Final Judgment
HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| NEUSTAR, INC. NUMBER PORTABILITY ADMINISTRATION CENTER/SERVICE MANAGEMENT SYSTEM (NPAC/SMS) USER AGREEMENT | Prior written consent unless assigned to subsidiary or affiliate (not defined) or third party, provided such affiliate, sub or third party is a "Service Provider" or "User" (defined in Master Agreement) that meets NPAC/SMS application criteria and RCC remains ultimate obligor. | Prior Written Consent of Licensor |
| NOKIA TELECOMMUNICATIONS INC. SUPPLY AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| NORTEL NETWORKS, INC. PURCHASE AND LICENSE AGREEMENT, SUPPLEMENT NO. 1 | Required by Contract | Prior Written Consent of Licensor |
| NORTH AMERICAN COMMUNCATIONS RESOURCE, INC. (NACR)- AMENDMENT 1 TO VALUE ADDED RESELLER AGREEMENT WITH SCANSOFT, INC. | N/A | N/A |
| NORTH AMERICAN COMMUNICATIONS RESOURCE, INC. (NACR)- PRODUCT SALES, LICENSE AND DEVELOPMENT SERVICES AGREEMENT- IVR APPLICATION | RCC has unrestricted right to assign interest to successor by merger, consolidation, sale of substantially all assets, change of control, or entity RCC controls, is controlled by, or is under common control with. | N/A |
| NORTH AMERICAN COMMUNICATIONS RESOURCE, INC. (NACR)- MAINTENANCE AND SUPPORT AGREEMENT- IVR APPLICATION | RCC has unrestricted right to assign interest to successor by merger, consolidation, sale of substantially all assets, change of control, or entity RCC controls, is controlled by, or is under common control with. | N/A |
| NORTH AMERICAN COMMUNICATIONS RESOURCE, INC. (NACR)- PRODUCT SALES, LICENSE AND SERVICES AGREEMENT- MASTER SALES AGREEMENT | RCC has unrestricted right to assign interest to successor by merger, consolidation, sale of substantially all assets, change of control, or entity RCC controls, is controlled by, or is under common control with. | N/A |
| NORTH AMERICAN COMMUNICATIONS RESOURCE, INC. (NACR)- PRODUCT SALES, LICENSE AND SERVICES AGREEMENT- PBX SYSTEMS | RCC has unrestricted right to assign interest to successor by merger, consolidation, sale of substantially all assets, change of control, or entity RCC controls, is controlled by, or is under common control with. | N/A |
| NORTH AMERICAN COMMUNICATIONS RESOURCE, INC. (NACR)- SALES AGREEMENT | N/A | N/A |
| NORTH AMERICAN COMMUNICATIONS RESOURCE, INC. (NACR)- SALES AND SERVICE TERMS AND CONDITIONS | Required by Contract | Prior Written Consent of Licensor |
| NUMEREX DATA1SOURCE SERVICE AGREEMENT AND APPENDICES | Required by Contract | Prior Written Consent of Licensor |
| NUMEREX  AMENDMENT TO DATA1SOURCE SERVICE AGREEMENT | N/A | N/A |
| NUMEREX  APPENDIX 4 OF THE DATA1SOURCE SERVICE AGREEMENT | N/A | N/A |
| NUMEREX AMENDMENT TO DATA1SOURCE SERVICE AGREEMENT | N/A | N/A |
| NUMEREX AMENDMENT TO DATA1SOURCE SERVICE AGREEMENT | N/A | N/A |
| OPENET TELECOM LTD SOFTWARE LICENSE AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| OPENET TELECOM LTD SECOND AMENDMENT TO SOFTWARE LICENSE AGREEMENT | N/A | N/A |
| OPENET TELECOM LTD SOFTWARE SUPPORT AND MAINTENANCE AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| OPENET TELECOM LTD TECHNICAL SERVICES AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| OPTIMI CORP. SOFTWARE LICENSES AND SERVICES AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| ORACLE USA INC. LICENSE AND SERVICES AGREEMENT | All assignments prohibited | All assignments prohibited |
| PALM, INC. PRE-RELEASED PRODUCT AGREEMENT | All assignments prohibited | All assignments prohibited |
| PATNI COMPUTER SYSTEMS INC STATEMENT OF WORK (Successor in Interest to CYMBAL) | N/A | N/A |
| PGP CORPORATION END USER LICENSE AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| POLARIS WIRELESS, INC. GSM SOFTWARE LICENSE AGREEMENT | Required by Contract | Prior Written Consent of Licensor |

RCC 3P IP License Schedule
Submitted in Response to Section I(C)(b) of the Preservation of Assets Stipulation and Order and Section II(C)(b) of the Proposed Final Judgment
HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| QUALCOMM INC. BREW EXPRESS OPERATOR AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| QUALCOMM INC. AMENDMENT 1 TO BREW EXPRESS OPERATOR AGREEMENT | N/A | N/A |
| RADIO FREQUENCY SYSTEMS, INC. (RFS) PURCHASE AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| RANGER WIRELESS SOLUTIONS (S SQUARED LLC) LICENSE AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| RANGER WIRELESS SOLUTIONS (S SQUARED LLC) SETTLEMENT AGREEMENT | N/A | N/A |
| RANGER WIRELESS SOLUTIONS (S SQUARED LLC) SUBSCRIPTION AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| RAPID ROAMING COMPANY, INC. SERVICES AGREEMENT- INTERNATIONAL ROAMING FACILITATOR | Required by Contract | Prior Written Consent. Any sale, assignment or transfer becomes effective only upon receipt by Rapid Roaming of a written agreement in which new party agrees to be bound by terms and conditions of existing Agreement. |
| SALESFORCE.COM, INC. CO-MARKETING AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| SCRIPTLOGIC CORPORATION | Required by Contract | Prior Written Consent of Licensor |
| SOLARWINDS.NET, INC. END USER LICENSE AGREEMENT | All assignments prohibited | All assignments prohibited |
| SONORAN SYSTEMS, INC. SOFTWARE LICENSE AND MAINTENANCE/SUPPORT AGREEMENT | No consent for assignment to a parent, affiliate, successor in interest, or any entity to which all or part of a party's business is sold. | Prior Written Consent of Licensor |
| SPRINT COMMUNICATIONS CO. RESALE SOLUTIONS SWITCHED SERVICES AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| SPRINT PCS WIRELESS LOCAL NUMBER PORTABILITY OPERATIONS AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| STAR SYSTEMS, INC. LICENSE AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| STARENT NETWORKS CORP. PRODUCT SUPPLY AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| SUN MICROSYSTEMS, INC. LICENSE AND SUPPORT SERVICES AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| SYMANTEC VERITAS | RCC cannot locate this written license agreeement. However, RCC reasonably believes that said agreement includes the grant of a license to use software or other intellectual property of the licensor, the assignment or sublicense of which cannot be accomplished without the licensor's consent. | RCC cannot locate this written license agreeement. However, RCC reasonably believes that said agreement includes the grant of a license to use software or other intellectual property of the licensor, the assignment or sublicense of which cannot be accomplished without the licensor's consent. |
| SYNIVERSE TECHNOLOGIES, INC. CLEARINGHOUSE AGREEMENT (with GTE TELECOMMUNICATIONS SERVICES INC.) | Required by Contract | Prior Written Consent of Licensor |
| SYNIVERSE TECHNOLOGIES, INC. INFORMATION AND NETWORK PRODUCTS AND SERVICES AGREEMENT AND ADDENDA (with GTE TSI) | Required by Contract | Prior Written Consent of Licensor |
| SYNIVERSE TECHNLOGIES, INC. ADDENDUM 5C (FRAUDMANAGER SERVICES) TO INFORMATION AND NETWORK PRODUCTS AND SERVICES AGREEMENT | N/A | N/A |
| SYNIVERSE TECHNOLOGIES, INC. FIRST AMENDMENT TO ADDENDUM 5C | N/A | N/A |
| SYNIVERSE TECHNLOGIES, INC. ADDENDUM 16C TO INFORMATION AND NETWORK PRODUCTS AND SERVICES AGREEMENT | N/A | N/A |
| SYNIVERSE TECHNOLOGIES, INC. ADDENDUM 23 TO INFORMATION AND NETWORK PRODUCTS AND SERVICES AGREEMENT | N/A | N/A |
| SYNIVERSE TECHNOLOGIES, INC. AMENDMENT TO ADDENDUM 23 | N/A | N/A |
| SYNIVERSE TECHNOLOGIES, INC. AMENDMENT TO ADDENDUM 23 FOR INLINK SS7 NETWORK TRANSPORT SYSTEM | N/A | N/A |
| SYNIVERSE TECHNOLOGIES, INC. ADDENDUM 24 (ISUP TRANSPORT SERVICE) TO INFORMATION AND NETWORK PRODUCTS AND SERVICES AGREEMENT | N/A | N/A |
| SYNIVERSE TECHNOLOGIES, INC. AMENDMENT TO ADDENDUM 24 FOR ISUP TRANSPORT SERVICE | N/A | N/A |
| SYNIVERSE TECHNOLOGIES, INC. AMENDMENT TO ADDENDUM 24 FOR ISUP TRANSPORT SERVICE | N/A | N/A |
| SYNIVERSE TECHNOLOGIES, INC. ADDENDUM (INPACK) TO INFORMATION AND NETWORK PRODUCTS AND SERVICES AGREEMENT | N/A | N/A |

RCC 3P IP License Schedule
Submitted in Response to Section I(C)(b) of the Preservation of Assets Stipulation and Order and Section II(C)(b) of the Proposed Final Judgment
HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| SYNIVERSE TECHNOLOGIES, INC. ADDENDUM (SIGNALING SOLUTIONS ANSI 41 REV C) TO INFORMATION AND NETWORK PRODUCTS AND SERVICES AGREEMENT | N/A | N/A |
| SYNIVERSE TECHNOLOGIES, INC. AMBER ALERT SERVICES ADDENDUM TO THE INFORMATION AND NETWORK PROUCTS AND SERVICES AGREEMENT | N/A | N/A |
| SYNIVERSE TECHNOLOGIES, INC. AMENDMENT TO ADDENDA | N/A | N/A |
| SYNIVERSE TECHNOLOGIES, INC. AMENDMENT TO ADDENDUM (INLINK) | N/A | N/A |
| SYNIVERSE TECHNOLOGIES, INC. AMENDMENT TO ADDENDUM 5C | N/A | N/A |
| SYNIVERSE TECHNOLOGIES, INC. ANALYZER AMENDMENT TO INFORMATION AND NETWORK PRODUCTS AND SERVICES AGREEMENT | N/A | N/A |
| SYNIVERSE TECHNOLOGIES, INC. ELECTRONIC DATA TRANSPORT SERVICES ADDENDUM TO INFORMATION AND NETWORK PRODUCTS AND SERVICES AGREEMENT | N/A | N/A |
| SYNIVERSE TECHNOLOGIES, INC. FOLLOW ME ROAMING PLUS SERVICES ADDENDUM TO INFORMATION AND NETWORK PRODUCTS AND SERVICES AGREEMENT | N/A | N/A |
| SYNIVERSE TECHNOLOGIES, INC. LOCAL NUMBER PORTABILITY SERVICES ADDENDUM TO INFORMATION AND NETWORK PRODUCTS AND SERVICES AGREEMENT | LNP records cannot be resold except as provided for by law or rule of FCC. | N/A |
| SYNIVERSE TECHNOLOGIES, INC. MOBILE DATA ROAMING SERVICES ADDENDUM TO INFORMATION AND NETWORK PRODUCTS AND SERVICES AGREEMENT | N/A | N/A |
| SYNIVERSE TECHNOLOGIES, INC. MOBILE DATA ROAMING SERVICES ADDENDUM TO INFORMATION AND NETWORK PRODUCTS AND SERVICES AGREEMENT | N/A | N/A |
| SYNIVERSE TECHNOLOGIES, INC. MULTIMEDIA MESSAGING INTERWORKING GATEWAY ADDENDUM TO INFORMATION AND NETWORK PRODUCTS AND SERVICES AGREEMENT | N/A | N/A |
| SYNIVERSE TECHNOLOGIES, INC. OPERATOR ENUM DATABASE SERVICE ADDENDUM TO INFORMATION AND NETWORK PRODUCTS AND SERVICES AGREEMENT | N/A | N/A |
| SYNIVERSE TECHNOLOGIES, INC. SS7 NETWORK ADDENDUM TO INFORMATION AND NETWORK PRODUCTS AND SERVICES AGREEMENT | N/A | N/A |
| SYSTEMS/LINK HOME & AWAY PREPAID BILLING SERVICE BUREAU AGREEMENT (with CELLULAR ONE) | Required by Contract | Prior Written Consent of Licensor |
| TAX COMPLIANCE, INC. (TCI) - TURNKEY SOFTWARE LICENSE AND SUPPORT AGREEMENT | N/A | N/A |
| TAX COMPLIANCE, INC. (TCI) - ADDENDUM TO TURNKEY SOFTWARE LICENSE AND SUPPORT AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| TEKELEC EQUIPMENT TRIAL AGREEMENT | Prohibited | Prohibited |
| TELECOMMUNICATIONS SYSTEMS, INC. E9-1-1 NETWORK SERVICES AGREEMENT | Written notice at least 30 days prior (but no consent) required for assignment to person or business entity with FCC license to operate wireless communications business, parent, general partner or subsidiary of RCC, entity RCC controls, is controlled by or is under common control with, that is merged or consolidated with RCC, that acquires substantially all assets of RCC, or obtains security interest in a substantial portion of RCC assets. Must renegotiate service fees under Agreement if RCC divests market(s). Prior written consent for all other assignments. | Written Notice or Prior Written Consent of Licensor (depending on assignee) |
| TELEGLOBE CANADA ULC MOBILE CONTENT MANAGED SERVICE AGREEMENT AND ANNEX (as DISTRIBUTOR FOR WMODE INC.) | Required by Contract | Prior Written Consent of Licensor |
| TESSCO SERVICE SOLUTIONS INC. SERVICES AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| TIPPING POINT TECHNOLOGIES (division of 3COM) | Required by Contract | Prior Written Consent of Licensor |
| US BANK/NOVA INFORMATION SYSTEMS TERMS OF SERVICE AND SCHEDULES | Required by Contract | Prior Written Consent of Licensor |

RCC 3P IP License Schedule
Submitted in Response to Section I(C)(b) of the Preservation of Assets Stipulation and Order and Section II(C)(b) of the Proposed Final Judgment
HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| VERINT SYSTEMS INC. LICENSE AND SALE AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| VERISIGN, INC. BILLING SERVICES AND LICENSE AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| VERISIGN, INC. MASTER CONNECTIVITY AGREEMENT (SHORT CODES) | Required by Contract | Prior Written Consent of Licensor |
| VERISIGN, INC. PREPAID WIRELESS SOLUTION AGREEMENT | If RCC sells rights to provide wireless services in MSA, RSA, BTA or MTA, it may assign rights under agreement with respect to that market. Prior written consent for all other assignments. | Written Notice or Prior Written Consent of Licensor (depending on assignee) |
| VIBES MEDIA RCC TEXT TRIVIA CHALLENGE AGREEMENT | N/A | N/A |
| W.S. EMERSON COMPANY, INC. SERVICES AGREEMENT | Nothing about RCC's rights to assign. | Nothing about RCC's rights to assign. |
| WESTERN UNION 'PHONE PAY' SERVICE AGREEMENT | N/A | N/A |
| WESTERN UNION AMENDMENT I TO 'PHONE PAY' SERVICE AGREEMENT | N/A | N/A |
| WESTERN UNION SPEEDPAY MASTER SERVICES AGREEMENT | Required by Contract | Prior Written Consent of Licensor |
| WINZIP COMPUTING LP STANDARD LICENSE 11.0 | Required by Contract | Prior Written Consent of Licensor |
| WIRELESS SERVICES CORP. MASTER SERVICES AGREEMENT | Required by Contract | Prior Written Consent of Licensor |