AO 458 (Rev. 11/04 DC)-Appearance

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Department of Justice, Antitrust Division<br>1401 H Street, N.W., Suite 8000<br>Washington, D.C. 20530,<br><br>and<br><br>STATE OF VERMONT<br>Office of the Vermont Attorney General<br>109 State Street<br>Montpelier, Vermont 05609-1001<br><br>       *Plaintiffs*<br>vs.<br><br>VERIZON COMMUNICATIONS, INC.<br>140 West Street<br>New York, New York 10007<br><br>and<br><br>RURAL CELLULAR CORPORATION<br>3905 Dakota Street SW<br>Alexandria, Minnesota 56308<br><br>       *Defendants* | Case: 1:08-cv-00993<br>Assigned To: Sullivan, Emmet G.<br>Assign. Date: 6/10/2008<br>Description: Antitrust |

To the Clerk of this court and all parties of record:

Please enter the appearance of Julie Brill as counsel in this case for: STATE OF VERMONT.

Date: _June 11_, 2008

_____
Bar Identification

_/s/ Julie Brill_
Signature

Julie Brill
Print Name

109 State Street

Montpelier, VT 05609-1001

(802) 828-3658

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Department of Justice, Antitrust Division )<br>1401 H Street, N.W., Suite 8000 )<br>Washington, D.C. 20530, )<br>  and )<br>STATE OF VERMONT )<br>Office of the Vermont Attorney General )<br>109 State Street )<br>Montpelier, Vermont 05609-1001 )<br>                      *Plaintiffs* )<br>       vs. )<br>VERIZON COMMUNICATIONS, INC. )<br>140 West Street )<br>New York, New York 10007 )<br>  and )<br>RURAL CELLULAR CORPORATION )<br>3905 Dakota Street SW )<br>Alexandria, Minnesota 56308 )<br>                     *Defendants* ) | Case: 1:08-cv-00993<br>Assigned To: Sullivan, Emmet G.<br>Assign. Date: 6/10/2008<br>Description: Antitrust |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the *Appearance Form* for Julie Brill, Assistant Attorney General, representing the State of Vermont in the above-referenced matter was this day served on counsel of record by placing the same in the U.S. Mail, first-class postage prepaid, addressed to:

Hillary B. Burchuk
Lawrence M. Frankel
Deborah Roy
Attorneys, Telecommunications & Media
Enforcement Section – Antitrust Division

U.S. Department of Justice
City Center Building
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530

John Thorne, Deputy General Counsel
David E. Wheeler, Assoc. General Counsel

Verizon Communications, Inc.
1515 N. Courthouse Road – Suite 500
Arlington, VA 22201-2909

Michael L. Weiner
Brian C. Mohr

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Date: _____June 11_____, 2008

_____
Signature

Julie Brill, Assistant Attorney General
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609-1001

Phone: (802) 828-3658